UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DLJ MORTGAGE CAPITAL, INC.

Plaintiff,

-v-

HAYHURST MORTGAGE, INC.

Defendant.

Case No. 08-CV-5307

JUDGE MARRERO

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for DLJ Mortgage Capital, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Credit Suisse Holdings (USA), Inc.
Credit Suisse (USA), Inc.
Credit Suisse Financial Corporation
Column Financial, Inc.
DLJ Real Estate Capital Partners, Inc.
Credit Suisse Premium Finance, LL

Date: 6-5-08

Signature of Attorney

Attorney Bar Code: RAP9070